IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY E. INGALSBE,

   Plaintiff,

     v.

MICHAEL CHERTOFF, Secretary,
Dept. of Homeland Security,

   Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-1465-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss or Alternatively Motion for Summary Judgment [Doc. 8]. After careful consideration of the Plaintiff's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff failed to exhaust administrative remedies as to his hostile environment claim. He failed to allege facts showing a prima facie case of race or disability discrimination in his termination. The Defendant had a legitimate non-discriminatory reason for his termination. The Defendant's Motion to Dismiss or Alternatively Motion for Summary Judgment [Doc. 8] is GRANTED.

T:\ORDERS\05\Ingalsbe\r&r.wpd

SO ORDERED, this 6 day of April, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge